**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

MIGUEL ODON REYES GUTIERREZ,

        Petitioner,

v.                                  Case No. 3:26-cv-323-WWB-MCR

WARDEN RONNIE WOODALL, et al.,

        Respondents.
_____

## <u>ORDER</u>

Before the Court are Petitioner's Emergency Motion to Expedite Consideration of Habeas Petition (Doc. 13) and Petitioner's Emergency Motion for Immediate Release or Bond Hearing (Doc. 14).

In the Motions, Petitioner seeks to expedite the briefing schedule and promptly obtain the relief he seeks in the Petition. But Petitioner fails to acknowledge that Respondents have filed a Response to the Petition (Doc. 10) and Petitioner has replied (Doc. 12), completing the briefing in this case. There are numerous habeas corpus cases pending before the Court that were filed before Petitioner's case. And in fairness to each Petitioner and Respondent, this Court must carefully consider the claims raised in each case. The Court recognizes the magnitude of the liberty interest at stake. As such, Petitioner is ensured that the Court will act as expeditiously as possible. Accordingly,

Petitioner's Motions (Doc. Nos. 13, 14) are **GRANTED only to the extent** that the Court will render a decision in Petitioner's case as its calendar permits.

    **DONE AND ORDERED** in Jacksonville, Florida, on March 30, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

caw 3/25
c:
Counsel of Record

2